**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
ROBERT L. MCCRAY,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _7/13/2021__

                        Petitioner,

            -against-

MARK ROYCE,

                        Respondent.
-------------------------------------------------------------X

**20-cv-04127 (KPF) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

Pursuant to the Petitioner's submission at ECF No. 33, the Clerk of Court is directed to

update the Petitioner's address on the docket to:

        Robert L. McCray
        DIN No. 14A5061
        Marcy Correctional Facility
        P.O. Box 3600
        Marcy, New York 13403

        **SO ORDERED.**

DATED:    New York, New York
          July 13, 2021

                                        _____
                                        KATHARINE H. PARKER
                                        United States Magistrate Judge