```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/26/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ROBERT L. MCCRAY,

                               Petitioner,                    20-cv-04127 (KPF) (KHP)

               -against-                                     **ORDER**

MARK ROYCE,

                              Respondent.
------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      Petitioner's time to supplement the Petition for habeas corpus is extended to **February 29, 2024**. The deadline for Respondent's response to the Petition is extended to **March 29, 2024**. In light of the length of time the Petition has been pending, no further extensions will be granted absent good cause.

      **The Clerk of Court is kindly requested to mail a copy of this Order to Petitioner.**

      **SO ORDERED.**

DATED:   New York, New York
              January 26, 2024

                                                         _____
                                                         KATHARINE H. PARKER
                                                         United States Magistrate Judge