USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ROBERT L. MCCRAY,

                Petitioner,         20-cv-04127 (KPF) (KHP)

    -against-                          **ORDER**

MARK ROYCE,

                Respondent.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      On October 10, 2024, Petitioner filed a letter seeking an extension to file a reply brief in support of his amended petition for habeas corpus. (ECF No. 122.) Although the Court previously granted Petitioner an extension on July 24, 2024, Petitioner asserts that he did not receive that Order in the mail until October 2, 2024. In consideration of Petitioner's pro se status, the Court grants Petitioner's request for an extension. Petitioner shall file his reply brief by **December 31, 2024**. No further extensions will be granted.

      **The Clerk of Court is kindly requested to mail a copy of this Order to Petitioner**.

      **SO ORDERED.**

DATED:    New York, New York
              October 29, 2024

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge

1